# United States District Court

_____Southern_____ District of _____Texas_____

UNITED STATES OF AMERICA
V.
**Vidal LOREDO-Salazar**

Mexico
A070 619 024

**CRIMINAL COMPLAINT**

CASE NUMBER 1:18-PO- __126__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about __**February 14, 2018**__ in __**Cameron**__ County, in the __**Southern**__ District of __**Texas**__, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **Deportation Officer** and this complaint is based on the following facts:

**The defendant was apprehended in Brownsville, Texas on May 14, 2018.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Brownsville, Texas on or about February 14, 2018, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has  $2.00

\S\ Ernesto Alvarado
*Signature of Complainant*

Ernesto Alvarado          Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

May 16, 2018                                at          Brownsville, Texas
*Date*                                                         *City and State*

Ignacio Torteya III     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                    *Signature of Judicial Officer*